B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Utah

In re    Pelican Station, Inc.                                    Case No.  15-20797
                                        Debtor(s)                 Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Alsco<br>PO Box 370<br>Grand Junction, CO 81502 | Alsco<br>PO Box 370<br>Grand Junction, CO 81502 | | | 93,301.00 |
| American Express | American Express | | | 90,000.00 |
| C&H Distributing Co.<br>1272 East 500 South<br>Vernal, UT 84078 | C&H Distributing Co.<br>1272 East 500 South<br>Vernal, UT 84078 | | | 8,609.43 |
| Cardwell Oil<br>PO Box 27954<br>Salt Lake City, UT 84127-0954 | Cardwell Oil<br>PO Box 27954<br>Salt Lake City, UT 84127-0954 | | | 61,760.99 |
| Davily Casper<br>C/O Clark Allred<br>72 North 300 East<br>Roosevelt, UT 84066 | Davily Casper<br>C/O Clark Allred<br>72 North 300 East<br>Roosevelt, UT 84066 | | Disputed | 95,000.00 |
| Hank's Electric | Hank's Electric | | | 30,523.28 |
| Kenneth Sursa<br>PO Box 642<br>Bluebell, UT 84007 | Kenneth Sursa<br>PO Box 642<br>Bluebell, UT 84007 | Exchange of Debt for equity | | 600,000.00 |
| Liberty Sales of Utah<br>PO Box 790613<br>Vernal, UT 84079 | Liberty Sales of Utah<br>PO Box 790613<br>Vernal, UT 84079 | | | 8,498.40 |
| Nicholas Food Services<br>PO Box 45005<br>Salt Lake City, UT 84145 | Nicholas Food Services<br>PO Box 45005<br>Salt Lake City, UT 84145 | | | 41,871.64 |
| Pawnee Leasing | Pawnee Leasing | | | 17,806.31 |
| Pepsi Cola<br>PO Box 1697<br>Vernal, UT 84078 | Pepsi Cola<br>PO Box 1697<br>Vernal, UT 84078 | | | 15,893.46 |
| PHCO, LLC<br>PO Box 1121<br>Roosevelt, UT 84066 | PHCO, LLC<br>PO Box 1121<br>Roosevelt, UT 84066 | Judgment | Disputed | 500,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Pelican Station, Inc.                                          Case No.   15-20797
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Roos Distributing | Roos Distributing | | | 17,471.80 |
| Sam Reynolds | Sam Reynolds | Legal Services | | 9,012.27 |
| Sparks Solutions Group<br>165 West 2950 South<br>Salt Lake City, UT 84115 | Sparks Solutions Group<br>165 West 2950 South<br>Salt Lake City, UT 84115 | | | 9,098.06 |
| Standard Examiner<br>PO Box 12790<br>Ogden, UT 84412 | Standard Examiner<br>PO Box 12790<br>Ogden, UT 84412 | | | 8,188.00 |
| TGIF Holdings<br>1188 Sportsplex Drive, Suite 203<br>Kaysville, UT 84037 | TGIF Holdings<br>1188 Sportsplex Drive, Suite 203<br>Kaysville, UT 84037 | | | 33,000.00 |
| Utah State Tax Commission<br>Attn: Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134 | Utah State Tax Commission<br>Attn: Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134 | State sales taxes | | 200,000.00 |
| Westring Oil | Westring Oil | | | 200,000.00 |
| YESCO | YESCO | | | 11,647.47 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Legal Officer/General Counsel of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  February 3, 2015            Signature  /s/ Richard Lawrence
                                             Richard Lawrence
                                             Chief Legal Officer/General Counsel

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.